UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE ANGELO GITTENS, | No. 2:20-cv-0781 CKD P |
| Plaintiff, | |
| v. | ORDER |
| LOS ANGELES COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted ninety days from the date of this order in which to file an amended complaint.

3. Failure to file an amended complaint within the time provided will result in a recommendation that this case be dismissed.

Dated: August 4, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gitt0781.36(2)