1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DUANE ANGELO GITTENS,                        No.  2:20-cv-0781 TLN CKD P

12                   Plaintiff,

13          v.                                     ORDER

14   LOS ANGELES SUPERIOR COURT, et
     al.,
15
                     Defendants.
16

17          On May 6, 2022, plaintiff filed notice regarding filing of trust.  This civil rights action was

18   closed on January 15, 2021.  Plaintiff is advised that documents filed by plaintiff since the closing

19   date will be disregarded and no orders will issue in response to all future filings.

20   Dated:  May 24, 2022

21                                                _____

22                                                CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25   12//gitt0781.58

26

27

28

                                                    1